# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDURI, SR., PATTI DEE ANDURI, Individually and as Successors in Interest to DAVID ANDURI, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA BARBARA, a public entity, JAMES ARMSTRONG, an individual, CAMARINO SANCHEZ, an individual, and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-05461 MWF (SKx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1)**<br><br>Complaint Filed: July 21, 2016 |

## **ORDER**

Pursuant to the stipulation by and between Plaintiffs DAVID ANDURI, SR., PATTI DEE ANDURI, Individually and as Successors in Interest to DAVID ANDURI, JR., and Defendants CITY OF SANTA BARBARA, JAMES ARMSTRONG, and CAMARINO SANCHEZ I, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: August 24, 2018

Michael W. Fitzgerald
DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT